ENRON OIL TRADING & TRANSPORTATION CO., PLAINTIFF *v.* UNITED STATES, DEFENDANT

Court No. 87–09–00935

(Dated June 16, 1993)

## ORDER

MUSGRAVE, *Judge:* Upon consideration of Defendant's Motion To Alter Or Amend Judgment pursuant to Rule 59(e), and plaintiff's response thereto, it is hereby

ORDERED that the third and final paragraph of the Judgment of this Court of March 29, 1993 is amended *nunc pro tunc,* to read:

"ORDERED, ADJUDGED AND DECREED that the Customs Service shall refund all duties paid on Consumption Entry No. 86–122596–9, with interest as provided by law, no later than July 30, 1993."